# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| ROBERT THOMAS IRVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00782 |
| ) | Judge Trauger |
| CLARKSVILLE DEPARTMENT OF ) | |
| ELECTRICITY/CDE, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 1, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 28), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the plaintiff on August 24, 2015 (Docket No. 18) is DENIED WITHOUT PREJUDICE.

It is so **ORDERED**.

ENTER this 18th day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge